DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEXANDRA M. BORTNICK,**
Appellant,

v.

**BRENT D. GUTHRIE,**
Appellee.

No. 4D2025-2092

[November 13, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432024DR000345A.

John F. Schutz of John F. Schutz, P.L., Palm Beach Gardens, for appellant.

Matthew S. Nugent and Joshua J. Arbogast of Nugent Zborowski, North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***